UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UI'I LOA-FRUEAN et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant. | CASE NO. 3:23-cv-05079-DGE <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) |

The Court, having reviewed the Report and Recommendation (Dkt. No. 6) of United States Magistrate Judge Theresa L. Fricke, and the remaining record, does hereby find and ORDER:

(1) Plaintiffs have failed to state a claim upon which relief may be granted;

(2) The Court ADOPTS the Report and Recommendation;

(3) Plaintiffs' in forma pauperis application is DENIED;

(4) The Clerk shall enter JUDGMENT and close this case.

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) - 1

1   Dated this 11th day of April, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) - 2